[No. 28091-4-II. Division Two. December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN E. ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 01-1-00101-7, Joel M. Penoyar, J., entered November 21, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 28227-5-II. Division Two. December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC RASTER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-1-00073-1, Kenneth D. Williams, J., entered December 20, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 28230-5-II. Division Two. December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ZEINCIA NICOLE HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00935-2, Anna M. Laurie, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 28355-7-II. Division Two. December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES VICTOR WADDINGTON II, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00321-1, Randolph Furman, J., entered August 17, 1995. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Seinfeld, JJ.